UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80050-CIV-HURLEY

GINA R. ORTIZ,
    plaintiff,

vs.

FIRSTSOURCE ADVANTAGE, LLC,
    defendant.
_____/

**CLOSED CASE**

### ORDER OF FINAL DISMISSAL WITH PREJUDICE & CLOSE-OUT

**THIS CAUSE** is before the Court upon the plaintiff's notice of stipulation for dismissal with prejudice based on settlement filed February 8, 2008 [DE# 4] Having considered the notice, it is **ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITH PREJUDICE,** with each party to bear its own costs and attorneys' fees except as otherwise agreed between the parties.

2. There being nothing further for the court to resolve, the Clerk of the Court shall enter this case as **CLOSED** and terminate all pending motions as **MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 13 day of February, 2008.

Daniel T. K. Hurley
United States District Judge

cc.
all counsel